## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  10 CIV 05536                                   Purchased/Filed: July 21, 2010

STATE OF NEW YORK       UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT

---

*TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, S.U.B., INDUSTRY ADVANCEMENT AND LEGAL SERVICES FUNDS* Plaintiff

against

*J.A.S. EQUITIES CORP.*                                          Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Diane Koehler _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 27, 2010 _____ , at __11:45 am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH RULE 7.1

on

_____ J.A.S. EQUITIES CORP. _____ , the

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __50__    Approx. Wt: __118__    Approx. Ht: __5'__

Color of skin: __White__    Hair color: __Brown__    Sex: __Female__    Other: _____

Sworn to before me on this

__2nd__ day of _____ August, 2010 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Diane Koehler
Attny's File No.
Invoice•Work Order # SP1009070